### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.09-CR-30084-WDS |
| ) | |
| MINTAI BEDFORD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**STIEHL, District Judge:**

This matter is before the Court on defendant's pro se motion to be moved to another county jail (Doc. 131). Since his arrest, the defendant has been held in, and transferred from, several county jails which are authorized to hold federal detainees and defendants. He is currently scheduled for sentencing on December 13, 2010, after which time he will be transferred to the custody of the Bureau of Prisons.

Upon review of the record, the Court **DENIES** the defendant's motion for transfer.

**IT IS SO ORDERED**

**DATE:** __17 November, 2010__

/s/  WILLIAM D. STIEHL
DISTRICT JUDGE